UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MACY'S SYSTEMS AND TECHNOLOGY, INC.,

                              Plaintiff,

        -v-

CA, INC.,

                              Defendant.

25 Civ. 8530 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On March 27, 2026, defendant filed a motion for judgment on the pleadings under Federal Rule of Civil Procedure 12(c). Accordingly, it is hereby ORDERED that plaintiff shall file any amended complaint by April 14, 2026. No further opportunities to amend will ordinarily be granted. If plaintiff does amend, by April 28, 2026, defendant shall: (1) file an answer; (2) file a new motion under Rule 12; or (3) submit a letter to the Court, copying plaintiff, stating that it relies on the previously filed motion for judgment on the pleadings.[1]

It is further ORDERED that if no amended complaint is filed, plaintiff shall serve any opposition to the motion by April 14, 2026. Defendant's reply, if any, shall be served by April 21, 2026. At the time any reply is served, the moving party shall supply the Court with two courtesy copies of all motion papers by mailing or delivering them to the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York 10007.

---

[1] If defendant files a new motion or relies on its previous motion, plaintiff's opposition will be due 14 days thereafter, and defendant's reply, if any, will be due seven days after that.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 31, 2026
      New York, New York