UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MACY'S SYSTEMS AND TECHNOLOGY, INC.,<br>Plaintiff,<br>-v-<br>CA, INC.,<br>Defendant. | 25 Civ. 8530 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

Due to an unavoidable conflict, the Court adjourns the case management conference, presently scheduled for **September 29, 2026, at 3 p.m.**, to the same day at **4 p.m**. The conference will still be held by telephone.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: September 14, 2026
New York, New York