UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MACY'S SYSTEMS AND TECHNOLOGY, INC.,

Plaintiff,

-v-

CA, INC.,

Defendant.

25 Civ. 8530 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On March 4, 2026, this Court scheduled a case management conference in the above captioned matter for September 29, 2026. Dkt. 22. On May 22, 2026, the Court stayed document discovery pending resolution of defendant's motion to dismiss the amended complaint. Dkt. 46. The Court hereby adjourns the case management conference *sine dire*, pending resolution of the motion to dismiss.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: September 23, 2026
New York, New York