**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

MACY'S SYSTEMS AND TECHNOLOGY INC.,

Plaintiff,

25 **CIVIL** 8530 (PAE)

-against-

**JUDGMENT**

CA, INC.,

Defendant.

-----------------------------------------------------------X

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion & Order dated October 22, 2026, the AC does not plausibly plead the "extreme and extraordinary" circumstances under which a sophisticated party may void its contractual obligations based on a claim of economic duress. VKK Corp., 244 F.3d at 123. The Court has dismissed the AC with prejudice; accordingly, the case is closed.

**DATED:** New York, New York
October 27, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**